## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
| --- | --- |
| A | Executive Summary |
| B | Investment Proposal |
| C | Article 9 of the Draft Operating Agreement |
| D-1 | MJK Family, LLC Subscription Agreement |
| D-2 | Air Banks, LLC Subscription Agreement |
| D-3 | Windsong, LLC Subscription Agreement |
| D-4 | Mark II Aviation, LLC Subscription Agreement |
| D-5 | Convenienso, LLC Subscription Agreement |
| D-6 | S4 Air, LLC Subscription Agreement |
| D-7 | Holdon f/b/o David L. Hayes Custodial IRA Subscription Agreement |
| D-8 | Robert Skandalaris Subscription Agreement |
| D-9 | Don DeFosset Subscription Agreement |
| D-10 | Al Air, LLC Subscription Agreement |
| E | Executed Operating Agreement |

Kotz, Sangster, Wysocki and Berg, P.C. Attorneys and Counselors at Law, 400 Renaissance Center, Suite 3400, Detroit, Michigan 48243-1618