# EXHIBIT A

# Corporate Eagle Flight Department
# Recapitalization Investment
# Executive Summary

June 2006



### Overview of the Corporate Eagle Flight Department Operations

- The Corporate Eagle Flight Department operations are operating at a very high level of organization, quality and safety. We have in place an outstanding NBAA Safety Award winning team with all the required Federal Aviation Administrations compliance and licensing requirements. Our operations are setting an example in our industry with the effectiveness of our organization, processes and procedures. Our southeastern Michigan client base is strong and we are providing our clients with the best customer service available. In addition, our experienced management organization has developed to the level that will allow the president the opportunity to be the sales force behind the program.

### Tradewinds Aviation's Financial Resources

- Tradewinds Aviation has been profitable for eighteen consecutive quarters. Our operations cash flow and earnings are meeting our current objectives. However, our equity position does not allow us the opportunity to invest the necessary capital into opening a second location, invest in our own aircraft inventory and fund a comprehensive marketing plan that is required to bring the Corporate Eagle Flight Department to the next level. A recapitalization of $5,000,000 consisting of a combination of Tradewinds Aviation equity and funding our own aircraft transaction company would provide the capital requirements to fund these priorities.

### Brand Identity Marketing for the Corporate Eagle Flight Department

- We are currently creating a brand identity for the Corporate Eagle Flight Department. This message includes utilizing local spokesman talent, developing an exciting website (CorporateEagle.com), establishing a direct mail and print media initiative, offering product display open house presentations and a Public Relations message with a consistent and continuous message to create the Corporate Eagle Flight Department as a recognized name in the industry. The foundation of our brand identity message has been established and the marketing message for our services in two locations (Michigan and Florida) has been identified.

### The Corporate Eagle Flight Department Business Model

- The Corporate Eagle Flight Department business model is superior in many ways when compared against the traditional fractional and charter programs. Our dedication to detail and customer service sets us apart from these alternatives and our costs structures are much more competitive. Fractional programs are the most expensive way to operate a business aircraft due to the ever increasing costs associated with the business model. In addition, the lack of service, lack of attention to detail and the inadequate cosmetic care of the aircraft are causing their customers to look elsewhere for service. Charter programs are ever increasingly unavailable and the quality in terms of equipment and safety is creating concern for the users of this type of service. The Corporate Eagle Flight Department business model success is proven by our ability to renew nine of nine clients in our program since June of 2004. In addition, our business model of providing an exclusive and local private club with a very high level of personal service and attention to detail achieves the objectives that users of private aircraft are seeking.

### The Corporate Eagle Flight Department Business Plan

- Our current business plan must be to first create a second location for our services which will provide synergies that are most attractive for our existing clients and in an economic environment that has a demand for our services. Secondly, we must invest in our own aircraft inventory and create additional financing options and flexibility to sell and lease shares of Hawker aircraft. And third, we must create awareness of our program by funding our marketing and public relations initiatives in both locations. This second base will not only allow us to grow in a market with much more demand, it will also provide synergies with our existing customers and flight profiles. Offering one-way travel between southeastern Michigan and Florida and our own base for fuel and services will provide customer demand and cost efficiencies that will create a very profitable and growing program. Investing in our own inventory and controlling both the capital investment as well as the management program will provide the flexibility and response time that has never been available in our program. And, properly funding our marketing and public relations initiatives in both locations will create a demand for our services as never before experienced.

### Capitalizing our Company for Growth

- The key to the implementation of our business plan is the requirement of financial resources. At our current growth rate it is simply not possible to invest the capital required to implement our business plan. Operationally we are sound and there is no need to layer additional costs to existing operations. All additional equity will be targeted toward our growth business plan and investment objectives. To achieve the required equity position a recapitalization of $5,000,000 is proposed consisting of a combination of Tradewinds Aviation equity and funding of our transaction company. This new equity position would greatly enhance our profit potential by expanding the opportunities to sell and lease more shares to more customers through our existing Corporate Eagle Flight Department platform.

### Investor Benefits

- In addition to the transaction company's attractive return on equity investment opportunity and a substantial equity position in the operating company, the investors will also have special opportunities to utilize the aircraft for their own use. Each investor will be provided the opportunity to utilize any company owned inventory of aircraft shares at operating costs only, free of the investment and fixed costs. In addition, company paid relocation flight seats between our two bases will be offered at $585 per seat plus special passenger accommodations.