# EXHIBIT B

# Corporate Eagle Jet, LLC
# Investment Proposal

February 2006



corporate eagle
flight department
*beyond all expectations*

## Investment Summary

Corporate Eagle Jet, LLC will be formed as a Michigan Limited Liability Company and capitalized with $5,000,000. Corporate Eagle Jet, LLC shall immediately purchase a thirty percent equity position in Tradewinds Aviation, Inc., a Michigan Corporation, for $1,200,000. The primary objective of Corporate Eagle Jet, LLC, however, shall be to become the primary transaction company for the Corporate Eagle Flight Department. Tradewinds Aviation, Inc. will become the manager for Corporate Eagle Jet, LLC, with the full authority and responsibility to place five Raytheon Hawker 800XP aircraft in the Corporate Eagle Flight Department Michigan and Florida facilities. Corporate Eagle Jet, LLC will be specifically targeted for the purpose of purchasing previously owned Raytheon Hawker 800XP aircraft; upgrading and refurbishing the aircraft as required; then selling and leasing the aircraft in quarter or one-eighth shares to Corporate Eagle Flight Department clients. In addition, Corporate Eagle Jet, LLC will be positioned to purchase and resell trade-in aircraft to facilitate transactions, offer buy-back options and in general create flexibility to get transactions completed. Each Corporate Eagle aircraft will be purchased at discounted pricing and placed into a single purpose LLC. Eighty percent financing will be established from the fair market value for each Corporate Eagle aircraft.

Once the shares of the first aircraft are all sold or leased, Corporate Eagle Jet will then invest in a second Hawker 800XP and repeat the process. The objective of Corporate Eagle Jet, LLC is to repeat the purchase and resale or lease process until the Corporate Eagle Flight Department Hawker 800XP fleet is at a targeted level of five additional aircraft. It is anticipated that each aircraft from initial purchase to shares completely sold out will average less than twelve months.

Shares of aircraft that are sold will create a profit margin above the purchase and improvements cost. Leased shares will produce lease revenue consisting of interest and amortization computed from the sale price together with documentation fees and capital improvements escrow. Corporate Eagle Jet will depreciate the leased shares as aggressively as possible, which will shelter much of the investment income from tax. The partners will be provided an IRS form K-1 by the end of February each year.

From the time the first aircraft is purchased, until the shares are sold, Tradewinds Aviation will be responsible for the costs of aircraft insurance, hangar storage, aircraft maintenance, base flight crew and all sales and marketing. In addition, the members of Corporate Eagle Jet, LLC will be provided a zero fixed cost management contract which will allow the investors the opportunity to utilize the unsold aircraft shares for direct operating costs only.

Corporate Eagle Jet, LLC will pay to Tradewinds Aviation a transaction fee of two percent of the gross value for each sale or lease. In addition, Tradewinds Aviation will receive a two percent transaction fee to resell trade-in aircraft (compared to the industry standard of six percent – seven percent).

### Hawker 800XP Purchase and Resale Budget

| | | |
|---|---|---|
| Purchase Price | $ 7,670,000. | |
| Upgrades and Improvements | 250,000. | |
| Corporate Eagle Jet Margin | 1,080,000. | |
| Total Resale Price | $ 9,000,000. | |
| Quarter Share Price | $ 2,250,000. | |
| One-Eighth Share Price | $ 1,158,750. | (Three Percent Premium For One-Eighth Shares) |

February 22, 2006

**Monthly Lease Share Cash Flow**

---

One-Eighth Share                                                Share Value $ 1,158,750.

### Three Year
Amortization @ 17.5%
- $ 202,781.      @ 7.25%P&I ................................................. $    6,284.
- $ 995,969.      @ 7.25% ......................................................      6,016.
- Capital Reserves Escrow ..............................................        729.
- Documentation ..............................................................        315.

Three Year Monthly Payment ........................................ $   13,344

### Five Year
Amortization @ 22.5%
- $ 260,719.      @ 7.25%P&I ................................................. $    5,193.
- $ 898,031.      @ 7.25% ......................................................      5,426.
- Capital Reserves Escrow ..............................................        729.
- Documentation ..............................................................        315.

Five Year Monthly Payment ........................................... $   11,663.

---

Quarter Share                                                   Share Value $2,250,000.

### Two Year
Amortization @ 12.5%
- $ 281,250.      @ 7.25%P&I ................................................. $   12,624.
- $ 1,968,750.    @ 7.25% ......................................................     12,305.
- Capital Reserves Escrow ..............................................      1,458.
- Documentation ..............................................................        315.

Two Year Monthly Payment ........................................... $   26,702.

### Three Year
Amortization @ 17.5%
- $ 393,750.      @ 7.25%P&I ................................................. $   12,203.
- $ 1,856,250.    @ 7.25% ......................................................     11,602.
- Capital Reserves Escrow ..............................................      1,458.
- Documentation ..............................................................        315.

Three Year Monthly Payment ........................................ $   25,578.

### Five Year
Amortization @ 22.5%
- $ 506,250.      @ 7.25%P&I ................................................. $   10,084.
- $ 1,743,750.    @ 7.25% ......................................................     10,535.
- Capital Reserves Escrow ..............................................      1,458.
- Documentation ..............................................................        315.

Five Year Monthly Payment ........................................... $   22,392.

February 22, 2006

TRADEWINDS AVIATION, INC
CORPORATE AIRCRAFT CAPITAL BUDGET PROJECTIONS

**HS 125-800XP**  
**SERIAL NUMBER:**

| YEAR | 2006 | | | | | |
|---|---|---|---|---|---|---|
| MONTH | JANUARY | FEBRUARY | MARCH | APRIL | MAY | JUNE |
| DESCRIPTION | | | | | RH STR/GEN O/H | LH STR/GEN O/H |
| ESTIMATED COST | | | | | 2,500 | 2,500 |
| MONTH | JULY | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER |
| DESCRIPTION | | | | | | APU STR/GEN O/H |
| ESTIMATED COST | | | | | | 2,500 |

**2006 TOTAL PROJECTION: $7,500**

| YEAR | 2007 | | | | | |
|---|---|---|---|---|---|---|
| MONTH | JANUARY | FEBRUARY | MARCH | APRIL | MAY | JUNE |
| DESCRIPTION | | | | RH STR/GEN O/H | LH STR/GEN O/H | |
| ESTIMATED COST | | | | 2,500 | 2,500 | |
| MONTH | JULY | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER |
| DESCRIPTION | LH ENG R&R<br>RH ENG R&R | | OXY MASK O/H | | | |
| ESTIMATED COST | 9,000 | | 10,000 | | | |

**2007 TOTAL PROJECTION: $24,000**

| YEAR | 2008 | | | | | |
|---|---|---|---|---|---|---|
| MONTH | JANUARY | FEBRUARY | MARCH | APRIL | MAY | JUNE |
| DESCRIPTION | | | RH STR/GEN O/H | 24MO/1200HR<br>STRU NDT & RPR<br>LH STR/GEN O/H | | APU STR/GEN O/H |
| ESTIMATED COST | | | 2,500 | 62,500 | | 2,500 |
| MONTH | JULY | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER |
| DESCRIPTION | | | | | | |
| ESTIMATED COST | | | | | | |

**2008 TOTAL PROJECTION: $67,500**

| YEAR | 2009 | | | | | |
|---|---|---|---|---|---|---|
| MONTH | JANUARY | FEBRUARY | MARCH | APRIL | MAY | JUNE |
| DESCRIPTION | | RH STR/GEN O/H | LH STR/GEN O/H | | | |
| ESTIMATED COST | | 2,500 | 2,500 | | | |
| MONTH | JULY | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER |
| DESCRIPTION | | | | | | APU STR/GEN O/H |
| ESTIMATED COST | | | | | | 2,500 |

**2009 TOTAL PROJECTION: $7,500**

Projections based on 45 Flight Hours, 40 Landings and 55 APU Hours Per Month

# TRADEWINDS AVIATION, INC
## CORPORATE AIRCRAFT CAPITAL BUDGET PROJECTIONS

**HS 125-800XP**  
**SERIAL NUMBER:**

### YEAR: 2010

| MONTH | JANUARY | FEBRUARY | MARCH | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| DESCRIPTION | RH STR/GEN O/H | LH STR/GEN O/H | LH AC GEN O/H  RH AC GEN O/H | 48MO/2400HR INSP STRU NDT & RPR | | |
| ESTIMATED COST | 2,500 | 2,500 | 13,000 | 120,000 | | |

| MONTH | JULY | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER |
|---|---|---|---|---|---|---|
| DESCRIPTION | | | | | | RH STR/GEN O/H |
| ESTIMATED COST | | | | | | 2,500 |

**2010 TOTAL PROJECTION: $140,500**

### YEAR: 2011

| MONTH | JANUARY | FEBRUARY | MARCH | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| DESCRIPTION | LH STR/GEN O/H | | LH AIRBK JACK O/H  RH AIRBK JACK O/H | LH MXRT INBD O/H  LH MXRT OTBD O/H  RH MXRT INBD O/H  RH MXRT OTBD O/H | LH ENG GBX R&R  RH ENG GBX R&R | APU STR/GEN O/H |
| ESTIMATED COST | | | 8,000 | 12,000 | 9,000 | 2,500 |

| MONTH | JULY | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER |
|---|---|---|---|---|---|---|
| DESCRIPTION | LH ENG R&R  RH ENG R&R | | | | RH STR/GEN O/H | LH STR/GEN O/H |
| ESTIMATED COST | 9,000 | | | | 2,500 | 2,500 |

**2011 TOTAL PROJECTION: $48,000**

Projections based on 45 Flight Hours, 40 Landings and 55 APU Hours Per Month

| | |
|---|---|
| Total Six Year Capital Budget | $ 295,000 |
| Plus One Paint and Interior | 125,000 |
| **TOTAL** | **$ 420,000** |
| One-Eighth Share Average Per Month | $ 729 |
| One-Quarter Share Average Per Month | $ 1,458 |

# Corporate Eagle Jet, LLC
# Transaction Example



November 15, 2005

**CORPORATE EAGLE JET, LLC**
**TEN YEAR RETURN ON INVESTMENT ANALYSIS**
**PROJECTED FINANCIAL STATEMENT ASSUMPTIONS**

The income and cash flow projection assumptions include purchasing, refurbishing, then reselling seventy-five percent of the client shares and leasing twenty-five percent of the client shares for five total aircraft in ten years. The assumptions also include costs of $15,000 for legal, accounting and registration fees for each of the first three years; then $10,000 each year in years four and five. All lease income projections are based on three-year lease contract revenues.

1. Seventy-five percent of all aircraft shares are sold

2. Twenty-five percent of all aircraft shares are leased

3. Depreciation is based on a seven-year straight line basis

4. Tradewinds Aviation's transaction fee is two percent on the gross sale or lease value

5. Excess cash is invested at three percent

6. Additional aircraft will be purchased after the previous aircraft is completely sold out

7. Lease income is projected at a three-year quarter share rate

8. Currently, aircraft financing contract terms are 6.25% fixed rates with a 20 year amortization

9. Member distributions after $3,800,000 in cash

February 27, 2006

## CORPORATE EAGLE JET, LLC
## TEN YEAR RETURN ON INVESTMENT ANALYSIS
## PROJECTED INCOME STATEMENT

| | 1st Year-06 Total | 2nd Year-07 Total | 3rd Year-08 Total | 4th Year-09 Total | 5th Year-10 Total | 5 Year Total |
|---|---|---|---|---|---|---|
| **Aircraft 1** | | | | | | |
| Resale of 3/4 Shares | 6,750,000.00 | | | | | $ 6,750,000.00 |
| Lease of 1/4 Share | 153,468.00 | 306,936.00 | 306,936.00 | 306,936.00 | 306,936.00 | 1,381,212.00 |
| **Aircraft 2** | | | | | | |
| Resale of 3/4 Shares | | 6,750,000.00 | | | | 6,750,000.00 |
| Lease of 1/4 Share | | 153,468.00 | 306,936.00 | 306,936.00 | 306,936.00 | 1,074,276.00 |
| **Aircraft 3** | | | | | | |
| Resale of 3/4 Shares | | | 6,750,000.00 | | | 6,750,000.00 |
| Lease of 1/4 Share | | | 153,468.00 | 306,936.00 | 306,936.00 | 767,340.00 |
| **Aircraft 4** | | | | | | |
| Resale of 3/4 Shares | | | | 6,750,000.00 | | 6,750,000.00 |
| Lease of 1/4 Share | | | | 153,468.00 | 306,936.00 | 460,404.00 |
| **Aircraft 5** | | | | | | |
| Resale of 3/4 Shares | | | | | 6,750,000.00 | 6,750,000.00 |
| Lease of 1/4 Share | | | | | 153,468.00 | 153,468.00 |
| Total Income | 6,903,468.00 | 7,210,404.00 | 7,517,340.00 | 7,824,276.00 | 8,131,212.00 | 37,586,700.00 |
| **Cost and Expenses** | | | | | | |
| Costs and Improvements | 5,940,000.00 | 5,940,000.00 | 5,940,000.00 | 5,940,000.00 | 5,940,000.00 | 29,700,000.00 |
| Capital Improvements | 8,748.00 | 26,244.00 | 43,740.00 | 61,236.00 | 78,732.00 | 218,700.00 |
| Tradewinds Aviation Fee | 180,000.00 | 180,000.00 | 180,000.00 | 180,000.00 | 180,000.00 | 900,000.00 |
| Interest | 268,697.66 | 379,125.26 | 486,296.53 | 590,003.73 | 690,025.90 | 2,414,149.08 |
| Legal, Accounting and Registration | 15,000.00 | 15,000.00 | 15,000.00 | 10,000.00 | 10,000.00 | 65,000.00 |
| Depreciation | 282,857.14 | 565,714.28 | 848,571.42 | 1,131,428.56 | 1,414,285.70 | 4,242,857.10 |
| Total Costs and Expenses | 6,695,302.80 | 7,106,083.54 | 7,513,607.95 | 7,912,668.29 | 8,313,043.60 | 37,540,706.18 |
| Income Before Investment Income | 208,165.20 | 104,320.46 | 3,732.05 | (88,392.29) | (181,831.60) | 45,993.82 |
| Investment Income | 114,000.00 | 114,000.00 | 114,000.00 | 114,000.00 | 114,000.00 | 570,000.00 |
| Net Income/ K1 | $ 322,165.20 | $ 218,320.46 | $ 117,732.05 | $ 25,607.71 | $ (67,831.60) | $ 615,993.82 |

February 27, 2006

## CORPORATE EAGLE JET, LLC
## TEN YEAR RETURN ON INVESTMENT ANALYSIS
## PROJECTED INCOME STATEMENT

| | 6th Year-11 Total | 7th Year-12 Total | 8th Year-13 Total | 9th Year-14 Total | 10th Year-15 Total | 10 Year Total |
|---|---|---|---|---|---|---|
| **Aircraft 1** | | | | | | |
| Resale of 3/4 Shares | | | | | | 6,750,000.00 |
| Lease of 1/4 Share | 306,936.00 | 306,936.00 | 306,936.00 | 306,936.00 | 306,936.00 | 2,915,892.00 |
| **Aircraft 2** | | | | | | |
| Resale of 3/4 Shares | | | | | | 6,750,000.00 |
| Lease of 1/4 Share | 306,936.00 | 306,936.00 | 306,936.00 | 306,936.00 | 306,936.00 | 2,608,956.00 |
| **Aircraft 3** | | | | | | |
| Resale of 3/4 Shares | | | | | | 6,750,000.00 |
| Lease of 1/4 Share | 306,936.00 | 306,936.00 | 306,936.00 | 306,936.00 | 306,936.00 | 2,302,020.00 |
| **Aircraft 4** | | | | | | |
| Resale of 3/4 Shares | | | | | | 6,750,000.00 |
| Lease of 1/4 Share | 306,936.00 | 306,936.00 | 306,936.00 | 306,936.00 | 306,936.00 | 1,995,084.00 |
| **Aircraft 5** | | | | | | |
| Resale of 3/4 Shares | | | | | | 6,750,000.00 |
| Lease of 1/4 Share | 306,936.00 | 306,936.00 | 306,936.00 | 306,936.00 | 306,936.00 | 1,688,148.00 |
| **Total Income** | 1,534,680.00 | 1,534,680.00 | 1,534,680.00 | 1,534,680.00 | 1,534,680.00 | 45,260,100.00 |
| **Cost and Expenses** | | | | | | |
| Costs and Improvements | - | - | - | - | - | 29,700,000.00 |
| Capital Improvements | 87,480.00 | 87,480.00 | 87,480.00 | 87,480.00 | 87,480.00 | 656,100.00 |
| Tradewinds Aviation Fee | - | - | - | - | - | 900,000.00 |
| Interest | 517,430.29 | 498,934.57 | 479,258.94 | 458,328.17 | 436,062.17 | 4,804,163.22 |
| Legal, Accounting and Registration | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 115,000.00 |
| Depreciation | 1,414,285.70 | 1,414,285.70 | 1,131,428.44 | 848,571.08 | 565,714.30 | 9,617,142.32 |
| **Total Costs and Expenses** | 2,029,195.99 | 2,010,700.27 | 1,708,167.38 | 1,404,379.25 | 1,099,256.47 | 45,792,405.54 |
| Income Before Investment Income | (494,515.99) | (476,020.27) | (173,487.38) | 130,300.75 | 435,423.53 | (532,305.54) |
| Investment Income | 114,000.00 | 114,000.00 | 114,000.00 | 114,000.00 | 114,000.00 | 1,140,000.00 |
| **Net Income/ K1** | $ (380,515.99) | $ (362,020.27) | $ (59,487.38) | $ 244,300.75 | $ 549,423.53 | $ 607,694.46 |

February 27, 2006

CORPORATE EAGLE JET, LLC
TEN YEAR RETURN ON INVESTMENT ANALYSIS
PROJECTED BALANCE SHEETS

| | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|
| Cash | $ 3,800,000.00 | $ 3,800,000.00 | $ 3,800,000.00 | $ 3,800,000.00 | $ 3,800,000.00 |
| Aircraft 1 1/4 Share | 1,980,000.00 | 1,980,000.00 | 1,980,000.00 | 1,980,000.00 | 1,980,000.00 |
| Less Accumulated Depreciation | (282,857.14) | (565,714.28) | (848,571.42) | (1,131,428.56) | (1,414,285.70) |
| Aircraft 2 1/4 Share | | 1,980,000.00 | 1,980,000.00 | 1,980,000.00 | 1,980,000.00 |
| Less Accumulated Depreciation | | (282,857.14) | (565,714.28) | (848,571.42) | (1,131,428.56) |
| Aircraft 3 1/4 Share | | | 1,980,000.00 | 1,980,000.00 | 1,980,000.00 |
| Less Accumulated Depreciation | | | (282,857.14) | (565,714.28) | (848,571.42) |
| Aircraft 4 1/4 Share | | | | 1,980,000.00 | 1,980,000.00 |
| Less Accumulated Depreciation | | | | (282,857.14) | (565,714.28) |
| Aircraft 5 1/4 Share | | | | | 1,980,000.00 |
| Less Accumulated Depreciation | | | | | (282,857.14) |
| Total Assets | $ 5,497,142.86 | $ 6,911,428.58 | $ 8,042,857.16 | $ 8,891,428.60 | $ 9,457,142.90 |
| Bank Note Payable | 1,804,224.92 | 3,557,404.24 | 5,256,281.63 | 6,897,393.02 | 8,477,053.38 |
| Investment/Equity | 3,800,000.00 | 3,692,917.94 | 3,354,024.34 | 2,786,575.53 | 1,994,035.58 |
| Net Income/ K-1 | 322,165.00 | 218,320.46 | 117,732.05 | 25,607.71 | (67,831.60) |
| Member Distributions | (429,247.06) | (557,214.06) | (685,180.86) | (818,147.66) | (946,114.46) |
| | $ 5,497,142.86 | $ 6,911,428.58 | $ 8,042,857.16 | $ 8,891,428.60 | $ 9,457,142.90 |
| Return on Initial Investment Before Depreciation | $ 581,022.34 | $ 760,034.74 | $ 942,303.47 | $ 1,133,036.27 | $ 1,322,454.10 |

February 27, 2006

## CORPORATE EAGLE JET, LLC
## TEN YEAR RETURN ON INVESTMENT ANALYSIS
## PROJECTED BALANCE SHEETS

| | 2011 | 2012 | 2013 | 2014 | 2015 | 10 Year Total K-1 & Member Distributions |
|---|---|---|---|---|---|---|
| Cash | $ 3,800,000.00 | $ 3,800,000.00 | $ 3,800,000.00 | $ 3,800,000.00 | $ 3,800,000.00 | |
| Aircraft 1 1/4 Share | 1,980,000.00 | 1,980,000.00 | 1,980,000.00 | 1,980,000.00 | 1,980,000.00 | |
| Less Accumulated Depreciation | (1,697,142.84) | (1,980,000.00) | (1,980,000.00) | (1,980,000.00) | (1,980,000.00) | |
| Aircraft 2 1/4 Share | 1,980,000.00 | 1,980,000.00 | 1,980,000.00 | 1,980,000.00 | 1,980,000.00 | |
| Less Accumulated Depreciation | (1,414,285.70) | (1,697,142.84) | (1,980,000.00) | (1,980,000.00) | (1,980,000.00) | |
| Aircraft 3 1/4 Share | 1,980,000.00 | 1,980,000.00 | 1,980,000.00 | 1,980,000.00 | 1,980,000.00 | |
| Less Accumulated Depreciation | (1,131,428.56) | (1,414,285.70) | (1,697,142.84) | (1,980,000.00) | (1,980,000.00) | |
| Aircraft 4 1/4 Share | 1,980,000.00 | 1,980,000.00 | 1,980,000.00 | 1,980,000.00 | 1,980,000.00 | |
| Less Accumulated Depreciation | (848,571.42) | (1,131,428.56) | (1,414,285.70) | (1,697,142.48) | (1,980,000.00) | |
| Aircraft 5 1/4 Share | 1,980,000.00 | 1,980,000.00 | 1,980,000.00 | 1,980,000.00 | 1,980,000.00 | |
| Less Accumulated Depreciation | (565,714.28) | (848,571.56) | (1,131,428.56) | (1,414,285.70) | (1,697,142.48) | |
| Total Assets | $ 8,042,857.20 | $ 6,628,571.34 | $ 5,497,142.90 | $ 4,648,571.82 | $ 4,082,857.52 | |
| Bank Note Payable | 8,187,117.67 | 7,878,686.08 | 7,550,579.02 | 7,201,541.19 | 6,830,237.36 | |
| Investment/Equity | 980,089.52 | (144,260.47) | (1,250,114.74) | (2,053,436.12) | (2,552,969.37) | 607,694.37 |
| Net Income/ K-1 | (380,515.99) | (362,020.27) | (59,487.38) | 244,300.75 | 549,423.53 | |
| Member Distributions | (743,834.00) | (743,834.00) | (743,834.00) | (743,834.00) | (743,834.00) | (7,155,074.10) |
| | $ 8,042,857.20 | $ 6,628,571.34 | $ 5,497,142.90 | $ 4,648,571.82 | $ 4,082,857.52 | |
| Return on Initial Investment Before Depreciation | $ 829,796.71 | $ 848,265.43 | $ 867,941.06 | $ 888,871.83 | $ 911,137.83 | |

February 27, 2006