UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE MJK FAMILY LLC, a Michigan limited liability company, AIR BANKS, LLC, a Florida limited liability company, WINDSONG LLC, a Michigan limited liability company, MARK II AVATION, LLC, a Nevada limited liability company, CONVENIENSO, LLC, an Illinois limited liability company, S4AIR LLC, a Michigan limited liability company, NATIONAL CITY BANK as Trustee for THE DAVID L. HAYS IRA, a national banking association, ROBERT SKANDALARIS, an individual, and DON DEFOSSET, an individual,

    Plaintiffs,

v.

CORPORATE EAGLE MANAGEMENT SERVICES, INC., a Michigan corporation, and RICHARD M. NINI, in his capacity as an Officer and Director of Corporate Eagle Management Services, Inc., and as an individual,

    Defendants

_____/

Case No. 2:09-cv-12613-AC-DAS
Hon. Avern Cohn

## STIPULATED ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANTS WITH PREJUDICE

This matter came before the Court upon the Parties' May 14, 2013 Stipulation endorsed hereon; the Court having considered the Stipulation regarding all claims, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that all claims against Defendants in this matter are dismissed with prejudice and without costs or attorney fees to any party.

**IT IS SO ORDERED.**

                                                s/Avern Cohn
                                                UNITED STATES DISTRICT JUDGE

Dated: May 14, 2013

Dated: May 14, 2013

I hereby stipulate to entry of the above Order.

| | |
|---|---|
| **MILLER CANFIELD PADDOCK AND STONE, P.L.C.** | **KOTZ SANGSTER WYSOCKI P.C.** |
| By: /s/ Michasel C. Simoni<br>    Michael C. Simoni P-70042<br>    Richard C. Sanders P-25210<br>    Attorneys for Plaintiffs | By: /s/ Lynn A. Sheehy<br>    Lynn A. Sheehy P-38162<br>    Dennis K. Egan P-29116<br>    Attorneys for Defendants |